# Jacobson Goldberg & Kull, LLP
### Attorneys at Law
### 585 Stewart Avenue · Suite 720
### Garden City, New York 11530

TEL: (516) 222-2330  
FAX: (516) 222-2339

WRITER'S E-MAIL:  
jgranat@jngllp.com

February 24, 2010

**VIA ECF and Federal Express**

The Honorable John G. Koeltl  
District Court Judge  
United States District Court, Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

       Re:    U.S. v. Muhammad Ejaz Ahmad  
              06 CR 1135-01 (JGK)

Dear Judge Koeltl:

      My client, Muhammad Ejaz Amad, was sentenced by Your Honor on September 17, 2009, to a sentence of twenty-one (21) months imprisonment. Your Honor has directed my client to surrender for service of his sentence before 2:00 p.m. on March 5, 2010.

      By letter dated November 19, 2009 I previously requested a postponement of the surrender date in order to allow my client time within which to close on the sale of the family home and relocate his family. It was anticipated that the closing would take place within 60 days, leaving my client's family sufficient time in order to complete the sale of his house, the proceeds of which will be used to relocate and support his family during the term of his incarceration.

      The transaction closed yesterday and a bank check for $300,000 has been delivered for our firm for deposit in escrow as a condition of bail. Unfortunately, the closing was delayed as title issues arising from the liens against the house were resolved. Now, little time is left within which to effectuate the family's relocation and wrap up their financial affairs.

      Accordingly a final adjournment of my client's surrender date for an additional 60 days is requested. This time will greatly alleviate hardship to his family.

      Assistant United States Attorney William J. Harrington has been advised of this application has does not object.

*Jacobson Goldberg & Kulb, LLP*
ATTORNEYS AT LAW

The Honorable John G. Koeltl
February 24, 2010
Page 2

Thank you.

          Very truly yours,

          JACOBSON GOLDBERG & KULB, LLP

          JEFFREY A. GRANAT (JG 1797)

JAG/cmi
cc:  AUSA William J. Harrington, (by ECF)